**Fill in this information to identify the case:**

Debtor name    Peak Theory Inc.

United States Bankruptcy Court for the:   District of Utah

                                               (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     **12/15**

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ..........................................................   $ _____0.00_

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* .......................................................   $ __171,410.47_

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* .........................................................   $ __171,410.47_

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............   $ __250,000.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................   $ __139,750.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .........................   +$ __3,741,948.60_

4. **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b                          $ __4,131,698.60_

**Fill in this information to identify the case:**

Debtor name ___Peak Theory Inc.___

United States Bankruptcy Court for the: ___District of Utah___

Case number (If known): _____

☐ Check if this is an amended filing

### Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                              $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. JP Morgan Chase Bank | Checking | 3  0  8  6 | $ 0.00 |
| 3.2. See continuation sheet | | | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____                          $_____
   4.2. _____                          $_____

5. **Total of Part 1**                                                                            $ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____                          $_____
   7.2. _____                          $_____

Debtor ___Peak Theory Inc._____      Case number *(if known)*_____
       Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____  $_____

   8.2._____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.     | $_____ |

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:  ___0.00___ – ___0.00___  = ........➡   $ _0.00_
                              face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:  _31,410.47_ – ___0.00___  = ........➡   $ _31,410.47_
                           face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     | $ 31,410.47 |

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____  _____  $_____

    14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1._____  _____%  _____  $_____

    15.2._____  _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____  _____  $_____

    16.2._____  _____  $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.     | $_____ |

---

Debtor   Peak Theory Inc.
_____   Case number (if known)_____
Name

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** Face Masks, Hoodies, and T-Shirts | 08/31/2022 MM / DD / YYYY | 140,000.00 $_____ | _____ | 140,000.00 $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 140,000.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Peak Theory Inc.
_____    Case number (if known)_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                         $_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                         $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Peak Theory Inc.
          Name _____    Case number (if known) _____

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49.  Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ _____ | | $ _____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    $ _____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Peak Theory Inc.
_____    Case number (if known)_____
Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $_____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Schedule A/B Part 10, Question 60 Attachment | 0.00<br>$_____ | _____ | Unknown<br>$_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ 0.00 |
|---|

Debtor _____
 Peak Theory Inc.
 Name

Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜  $_____
                                   Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____  $_____
_____   Tax year _____  $_____
_____   Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____                        $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet _____                   $ Unknown

Nature of claim       _____

Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                        $_____

Nature of claim       _____

Amount requested      $_____

76. **Trusts, equitable or future interests in property**

_____                        $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                        $_____

_____                        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Peak Theory Inc.
Name _____    Case number (if known)_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 31,410.47 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 140,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 171,410.47 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... $ 171,410.47

171,410.47

| Debtor 1 | Peak Theory Inc. | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| JP Morgan Chase Bank | Checking | 6835 |
|---|---|---|
| Balance: 0.00 | | |
| Mercury Bank | Checking | 9076 |
| Balance: 0.00 | | |
| JP Morgan Chase Bank | Checking | 3796 |
| Balance: 0.00 | | |

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| Intellectual Property Claim against Home Shopping Network | Intellectual Property Infringement | 0.00 | Unknown |
|---|---|---|---|
| Intellectual Property Claim against Ontel Products | Intellectual Property Infringement | 0.00 | Unknown |
| Copyright Infringement Against The Gap, Inc. | Copyright Infringement | 0.00 | Unknown |
| Intellectual Property Claim against Wonder Nation | Intellectual Property Infringement | 0.00 | Unknown |

<u>Continuation Sheet for Official Form 206 A/B</u>

60) Patents, Copyrights, Trademarks, and Trade Secrets: Attached.

## COMPANY REGISTERED PATENTS

| Title | Country | Serial # | Filed Date | Patent # | Issue Date | Status |
|---|---|---|---|---|---|---|
| HOODED GARMENT | US | 29/593,700 | 2/10/17 | D903,238 | 12/1/20 | ISSUED |
| CONVERTIBLE GARMENT | US | 15/669,708 | 8/4/17 | 9,936,746 | 4/10/18 | ISSUED |
| CONVERTIBLE GARMENT | US | 15/909,834 | 3/1/18 | 10,334,896 | 7/2/19 | ISSUED |
| CONVERTIBLE GARMENT | US | 16/414,585 | 5/16/19 | | | ABANDONED |
| GARMENT | US | 29/616,333 | 9/5/17 | D896,126 | 12/10/19 | ISSUED |
| GARMENT | US | 29/708,810 | 10/9/19 | | | PENDING |
| GARMENT | US | 29/616,334 | 9/5/17 | D871,723 | 1/7/20 | ISSUED |
| GARMENT | US | 29/616,336 | 9/5/17 | D871,023 | 12/31/19 | ISSUED |
| GARMENT | US | 29/616,338 | 9/5/17 | D869,822 | 12/17/19 | ISSUED |
| GARMENT | US | 29/616,343 | 9/5/17 | D871,024 | 12/31/19 | ISSUED |
| GARMENT | US | 29/683,879 | 3/15/19 | D872,421 | 1/14/20 | ISSUED |
| CONVERTIBLE GARMENT AND TOY COMBINATION | US | 62/839,545 | 4/26/19 | | | ABANDONED |
| CONVERTIBLE GARMENT AND TOY COMBINATION | US | | | | | ABANDONED |
| CONVERTIBLE GARMENT | WO | PCT/US2018/043560 | 7/24/18 | | | ABANDONED |
| CONVERTIBLE GARMENT | CN | 201821247919.0 | 7/24/18 | ZL201821247919.0 | 7/30/19 | ISSUED |
| CONVERTIBLE GARMENT | CN | 201810877800.X | 7/24/18 | | | PENDING |
| CONVERTIBLE GARMENT | TW | 107126185 | 7/27/18 | I662909 | 6/21/19 | ISSUED |
| CONVERTIBLE GARMENT | TW | 108111706 | 7/27/18 | | | ALLOWED |
| CONVERTIBLE GARMENT | CN | 201921015774.6 | 8/3/19 | | | ALLOWED |
| CONVERTIBLE GARMENT | CN | 201910589475.1 | 7/24/18 | | | PENDING |
| COAT | CN | 201830082023.0 | 3/5/18 | ZL201830082023.0 | 10/26/18 | ISSUED |
| UPPER GARMENT | JP | 2018-004563 | 3/5/18 | 1636836 | 6/28/19 | ISSUED |
| HOOD JACKET | KR | 30-2018-0010553 | 3/5/18 | 30-0974864-0002 | 9/21/18 | ISSUED |
| HOOD JACKET | KR | 30-2018-0010553/M001 | 3/5/18 | 30-0974864-0001 | 12/10/18 | ISSUED |
| COAT | CN | 201830410906.X | 3/5/18 | ZL201830410906.X | 11/27/18 | ISSUED |
| UPPER GARMENT | JP | 2018-021074 | 3/5/18 | 1625336 | 2/1/19 | ISSUED |

## COMPANY REGISTERED COPYRIGHTS

| Title | Country | Reg. # | Date of First Publication | Date of Registration | Applicant Tracking # | |
|---|---|---|---|---|---|---|
| TOMO (2-D v. 1) | U.S. | VA 2-149-215 | 11/30/17 | 4/4/2019 | 399274-208 | |
| BORI THE BEAR (3D) | U.S. | VA 2-154-488 | 10/27/18 | 3/12/2019 | 399274-202 | |
| FLYNN (2-D v. 1) | U.S. | VA 2-149-245 | 11/30/17 | 4/4/2019 | 399274-209 | |
| FLYNN THE FOX (3D) | U.S. | VA 2-162-257 | 10/27/18 | 3/12/2019 | 399274-205 | |
| KALI (2-D v. 1) | U.S. | VA 2-149-545 | 11/30/17 | 4/4/2019 | 399274-210 | |
| KALI THE KITTY (3D) | U.S. | VA 2-152-506 | 10/27/18 | 3/12/2019 | 399274-203 | |
| PAPO (2-D v. 1) | U.S. | VA 2-149-342 | 11/30/17 | 4/4/2019 | 399274-211 | |
| PAPO THE PANDA (3D) | U.S. | VA 2-162-258 | 10/27/18 | 3/12/2019 | 399274-206 | |
| PIMM THE PUPPY (3D) | U.S. | VA 2-153-635 | 10/27/18 | 3/12/2019 | | |
| BORI (2-D v. 1) | U.S. | VA 2-149-213 | 11/30/17 | 4/4/2019 | 399274-204 | |

## COMPANY REGISTERED TRADEMARKS

| Country | Trademark | Reg No. | Status | Reg. Date | Classes | Owner | Application No. | Filing Date | Case Number |
|---|---|---|---|---|---|---|---|---|---|
| Australia | CUBCOATS | 1367206 | Registered | 1/1/18 | 25 Int., 28 Int. | Peak Theory Inc. | 1876448 | 8/31/17 | 399274-910402/WP- AU |
| Canada | CUBCOATS | | Approved Pub | | 25 Int., 28 Int. | Peak Theory Inc. | 1855464 | 8/31/17 | 399274-910202/CA |
| China (People's Republic) | CUBCOATS | 1367206 | Refusal Issued | | 25 Int., 28 Int. | Peak Theory Inc. | | 8/31/17 | 399274-910702/WP- CN |
| European Union (Community) | CUBCOATS | 17162652 | Registered | 12/19/17 | 25 Int., 28 Int. | Peak Theory Inc. | 17162652 | 9/1/17 | 399274-910102/EM |
| Int'l Registration –Madrid Protocol Only | CUBCOATS | 1367206 | Registered | 9/28/17 | 25 Int., 28 Int. | Peak Theory Inc. | | 8/31/17 | 399274-910302/WP |
| Japan | CUBCOATS | 1367206 | Registered | 4/19/18 | 25 Int., 28 Int. | Peak Theory Inc. | | 8/31/17 | 399274-910802/WP- JP |
| Korea, Republic of | CUBCOATS | 1367206 | Registered | 11/21/18 | 25 Int., 28 Int. | Peak Theory Inc. | | 8/31/17 | 399274-910902/WP- KR |
| New Zealand | CUBCOATS | 1367206 | Registered | 3/1/18 | 25 Int., 28 Int. | Peak Theory Inc. | 1077243 | 8/31/17 | 399274-910502/WP- NZ |
| United Kingdom | CUBCOATS | 1367206 | Registered | 1/2/18 | 25 Int., 28 Int. | Peak Theory Inc. | | 8/31/17 | 399274-910602/WP- UK |
| United States of America | CUBCOATS | 5424922 | Registered | 3/13/18 | 25 Int., 28 Int. | Peak Theory Inc. | 87/355238 | 3/1/17 | 399274-900104/US |

| DOMAIN NAMES | | |
|---|---|---|
| Domain Name | Status | Expiration Date |
| cubcoats.com | Active | 7/13/2025 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Peak Theory Inc. |
| United States Bankruptcy Court for the: | District of Utah |
| Case number (If known): | |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**
AppleTree Capital, LLC

**Describe debtor's property that is subject to a lien**
Debtor's Intellectual Property

Column A: $ 250,000.00
Column B: $ Unknown

**Creditor's mailing address**
3333 N. Digital Drive
Suite 430, Lehi, UT 84043

**Describe the lien**
Agreement you made

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 11/22/2019

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 250,000.00

| Debtor | Peak Theory Inc. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____Peak Theory Inc._____

United States Bankruptcy Court for the: _____District of Utah_____

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
Alex Park
9314 W Russell Rd
unit 340
Las Vegas, NV, 89148

As of the petition filing date, the claim is: $ 27,500.00     Priority amount $ 13,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/01/2022 - 03/31/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.2** | **Priority creditor's name and mailing address**
Jeff Kim
1904 Perry Ave
Apt A
Redondo Beach, CA, 90278

As of the petition filing date, the claim is: $ 25,000.00     $ 13,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/01/2022 - 03/31/2022

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.3** | **Priority creditor's name and mailing address**
Marisa Minasian
2659 Marquette Dr

Sacramento, CA, 95826

As of the petition filing date, the claim is: $ 33,500.00     $ 13,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/01/2022 - 03/31/2025

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Peak Theory Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address
Yichong Hu
1019 S. Westmoreland Ave
Apt. 103
Los Angeles, CA, 90006

$ 22,500.00    $ 13,650.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/01/2022 - 03/31/2023

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
Zachary Park
3030 South 3380 East
Salt Lake City, UT, 84109

$ 31,250.00    $ 13,650.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/01/2022 - 03/31/2026

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** Priority creditor's name and mailing address

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.** Priority creditor's name and mailing address

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____   Case number _(if known)_ _____
      Peak Theory Inc.
      Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**  **Nonpriority creditor's name and mailing address**
Amazon (Unit Storage & Product Shipping)
Legal Department
410 Terry Avenue North
Seattle, WA, 98109-5210

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 34,686.37

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**  **Nonpriority creditor's name and mailing address**
Amerian Express Card
P.O. Box 981535

El Paso, tx, 79998-1535

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 4,441.02

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**  **Nonpriority creditor's name and mailing address**
Araon, Inc

400 Galleria Parkway
SE Suite 300
Atlanta, GU, 30339

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 1,990.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**  **Nonpriority creditor's name and mailing address**
Attanasio Revocable Trust dated November 1, 2019
11100 Santa Monica Blvd.
Suite 2000
Los Angeles, CA, 90025

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Monies Loaned / Advanced

$ 250,000.00

Date or dates debt was incurred  11/22/2019

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5**  **Nonpriority creditor's name and mailing address**
Attentive Mobile
221 River St
Ste 9047
Hoboken, NJ, 7030

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 4,788.31

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**  **Nonpriority creditor's name and mailing address**
Autumn Communications
8322 Beverly Blvd
#201
Los Angeles, CA, 90048

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 18,495.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____
　　　Peak Theory Inc.
　　　Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address**

Barun Law LLC
Barun Law Building, 92 gil 7
Teheran-ro, Daechi-dong, Gangnam-gu
Seoul, Korea

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 13,920.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.8** | **Nonpriority creditor's name and mailing address**

Bel Air Internet
15301 Ventura Blvd
#220
Sherman Oaks, CA, 91403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 6,600.17

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.9** | **Nonpriority creditor's name and mailing address**

Cathay Clothing (CFH Fashion)
3435 WILSHIRE BLVD
#2340
LOS ANGELES, CA, 90010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 141,307.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.10** | **Nonpriority creditor's name and mailing address**

Chase Bank Credit Card
PO Box 15145

Wilmington, DE, 19850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 179,717.14

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.11** | **Nonpriority creditor's name and mailing address**

Clearco
10 WANLESS AVENUE

Toronto, A6, M4N 1V6

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 25,439.24

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Peak Theory Inc.
         Name                                                    Case number (if known) _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.12** Nonpriority creditor's name and mailing address

Convyr
2301 E 7th
St e100
Los ANGELES, CA, 90023

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 2,257.00

**3.13** Nonpriority creditor's name and mailing address

Delta Bridge Funding
18851 NE 29TH AVE
STE 700
AVENTURA, FL, 33180

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 165,000.00

**3.14** Nonpriority creditor's name and mailing address

Disney
500 South Buena Vista Street

Burbank, CA, 91521

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Servics

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 79,314.02

**3.15** Nonpriority creditor's name and mailing address

DLA Piper
2000 Avenue of the Stars
#400
Los ANGELES, CA, 90067

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 654,080.10

**3.16** Nonpriority creditor's name and mailing address

Dong Guan Plush
No.10 Yuanying Road
Zhuyuan
Liaobu Town, China

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 49,541.00

Debtor    Peak Theory Inc.
_____
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17**  **Nonpriority creditor's name and mailing address**

Dongguan Yi Kang Plush Toys Co, Ltd
227 Yanxi Rd
Zengbu Village, Chashan Town
Dongguan City, China

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 50,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18**  **Nonpriority creditor's name and mailing address**

EUSU Logistics
7FL
147 Uisadang-daero
eongdeungpo-gu, Korea

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 30,109.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19**  **Nonpriority creditor's name and mailing address**

Greenhouse Software
575 Market Street
Suite #1750
San Francisco, CA, 94105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,966.68

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20**  **Nonpriority creditor's name and mailing address**

Hughes Marino
1450 Front Street

San Diego , CA, 92101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 3,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21**  **Nonpriority creditor's name and mailing address**

James Worldwide, Inc.
2301 Raymer Ave

Fullerton, CA, 92833

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,515.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Peak Theory Inc._____    Case number _(if known)_____
      Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Jump450 Media Agency
300 Vesey St

New York, NY, 10282

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 249,000.00

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Kinsella, Weitzman Iser Kump LLP
808 Wilshire Blvd
3rd floor
Santa Monica, CA, 90401

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 45,966.96

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Kirkland & Ellis
2049 Century Park East
Suite 3700
Los Angeles , SC, 90067

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 17,372.23

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Legend Advance Funding II LLC
800 Brickell Avenue
Suite 902
Miami, FL, 33131

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 84,918.33

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Liz Daily

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 30,935.00

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor   Peak Theory Inc.
        Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.**27 **Nonpriority creditor's name and mailing address**

Lucasfilm Ltd. LLC
1 Letterman Dr.

San Francisco, CA, 94129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13,252.35

---

**3.**28 **Nonpriority creditor's name and mailing address**

Matkov Clark PC
2618 San Miguel Dr
Pmb 418
Newport Beach, CA, 92660-5437

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 18,822.50

---

**3.**29 **Nonpriority creditor's name and mailing address**

MAX IGL INC
1250 W Artesia Blvd

Compton, CA, 90220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,000.00

---

**3.**30 **Nonpriority creditor's name and mailing address**

Media One Products
829 Lincoln Ave.
Unit 3
West Chester, PA, 19380

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,532.16

---

**3.**31 **Nonpriority creditor's name and mailing address**

Nantong D&J (LA MIA Fashion)
JINRONGHUI NO 33
GONGNONG RD
Nantong , China

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 148,284.80

---

| Debtor | Peak Theory Inc. | Case number *(if known)* _____ |
|--------|------------------|--------------------------------------|
|        | Name             |                                      |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.**|**32**  Nonpriority creditor's name and mailing address

NBC Universal
100 Universal City Plaza

Universal City, CA, 91608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**|**33**  Nonpriority creditor's name and mailing address

Nickelodeon (Viacom)
1515 Broadway New York

New York , NY, 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 9,413.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**|**34**  Nonpriority creditor's name and mailing address

Opentxt
2440 Sand Hill Road
Suites 301 & 302
Menlo Park, CA, 94025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,700.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**|**35**  Nonpriority creditor's name and mailing address

Poston Denney & Killpack, PLLC
3400 Merlin Dr

Idaho Falls, ID, 83404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**|**36**  Nonpriority creditor's name and mailing address

QVC, Inc
1200 Wilson Drive

West Chester, PA, 19380

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,250.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Peak Theory Inc. | Case number *(if known)* |
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.37** Nonpriority creditor's name and mailing address

Red Points
12 E 49th St
10th Floor
New York , NY, 10017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 8,741.25

---

**3.38** Nonpriority creditor's name and mailing address

Reliant Funding
9540 Towne Centre Drive
Suite 200
San Diego, CA, 92121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,000.00

---

**3.39** Nonpriority creditor's name and mailing address

SAE-A
SAE-A Bldg. 429 Yeongdong-daero
Gangnam-gu
Seoul , NE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,145,000.00

---

**3.40** Nonpriority creditor's name and mailing address

Samuel Kim Custom House Broker
8939 S Sepulveda Blvd
# 510
Los Angeles, CA, 90045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.41** Nonpriority creditor's name and mailing address

Sanrio
2101 East El Segundo Boulevard

El Segundo, CA, 90245

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 8,702.29

---

Debtor _____
       Peak Theory Inc.
       Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.42** | **Nonpriority creditor's name and mailing address**

Sean Spear

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 5,000.00

---

**3.43** | **Nonpriority creditor's name and mailing address**

Shopify Capital
151 O'Connor Street
Ground Floor
Ottawa, K2P 2L8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 49,493.65

---

**3.44** | **Nonpriority creditor's name and mailing address**

Sifted (Formerly Veriship)
8880 Ward Pkwy
#300
Kansas City, MO, 64114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 4,244.00

---

**3.45** | **Nonpriority creditor's name and mailing address**

UPS
5 Glenlake Pkwy. Ne

Atlanta , GU, 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 618.00

---

**3.46** | **Nonpriority creditor's name and mailing address**

Velocity Group USA
576 Broadhollow Road

Melville, NY, 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 133,937.72

---

| Debtor | Peak Theory Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

<table>
<tr><td>Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>Amount of claim</td></tr>
</table>

**3.47  Nonpriority creditor's name and mailing address**

VendPulse
4197 W Cedar Hills Dr

Cedar Hills, UT, 84062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 9,000.00

**3.48  Nonpriority creditor's name and mailing address**

Veriship
8880 Ward Pkwy
Ste 300
Kansas City, MO, 64114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,334.82

**3.49  Nonpriority creditor's name and mailing address**

VLP Law Firm
555 Bryant Street
Suite 820
Palo Alto, CA, 94301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,026.99

**3.50  Nonpriority creditor's name and mailing address**

Warner Bros
4000 Warner Blvd

Burbank, CA, 91522

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,450.02

**3.51  Nonpriority creditor's name and mailing address**

Westgate LaGrange Partners
2040 Armacost Ave

Los Angeles, CA, 90025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 15,512.00

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3. 52** Nonpriority creditor's name and mailing address

Yotpo
400 Lafayette St New York

New York, NY, 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,272.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3. ____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3. ____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3. ____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3. ____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  Pearl Theory Inc.
        Name

Case number (if known)

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|
| 5a. **Total claims from Part 1** | 5a. $ 139,750.00 |
| 5b. **Total claims from Part 2** | 5b. **+** $ 3,741,948.60 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ 3,881,698.60 |

**Fill in this information to identify the case:**

Debtor name __Peak Theory Inc.__

United States Bankruptcy Court for the: __District of Utah__

Case number (If known): _____     Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   Peak Theory Inc.

United States Bankruptcy Court for the:   District of Utah

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Zachary Ian Park | Zachary Ian Park<br>1799 S. Wasatch Dr.<br>Salt Lake City, UT 84108 | Velocity Group USA | ☐ D<br>☑ E/F<br>☐ G |
| 2.2<br><br>Zachary Ian Park | Zachary Ian Park<br>1799 S. Wasatch Dr.<br>Salt Lake City, UT 84108 | Shopify Capital | ☐ D<br>☑ E/F<br>☐ G |
| 2.3<br><br>Zachary Ian Park | Zachary Ian Park<br>1799 S. Wasatch Dr.<br>Salt Lake City, UT 84108 | Legend Advance Funding | ☐ D<br>☑ E/F<br>☐ G |
| 2.4<br><br>Zachary Ian Park | Zachary Ian Park<br>1799 S. Wasatch Dr.<br>Salt Lake City, UT 84108 | Clearco | ☐ D<br>☑ E/F<br>☐ G |
| 2.5<br><br>Zachary Ian Park | Zachary Ian Park<br>1799 S. Wasatch Dr.<br>Salt Lake City, UT 84108 | Reliant Funding | ☐ D<br>☑ E/F<br>☐ G |
| 2.6<br><br>Zachary Ian Park | Zachary Ian Park<br>1799 S. Wasatch Dr.<br>Salt Lake City, UT 84108 | Delta Bridge Funding | ☐ D<br>☑ E/F<br>☐ G |

Debtor    Peak Theory Inc.
_____     Case number *(if known)*_____
Name

| ▮ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2. 7   Zachary Ian Park | Zachary Ian Park<br>1799 S. Wasatch Dr.<br>Salt Lake City, UT 84108 | Chase Bank Credit Card | ❑ D<br>☒ E/F<br>❑ G |
| 2. 8   Zachary Ian Park | Zachary Ian Park<br>1799 S. Wasatch Dr.<br>Salt Lake City, UT 84108 | Amerian Express Card | ❑ D<br>☒ E/F<br>❑ G |
| 2.___ | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Peak Theory Inc._____

United States Bankruptcy Court for the: ___District of Utah_____

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/05/2022___
MM / DD / YYYY

✘ /s/ Zac Park
_____
Signature of individual signing on behalf of debtor

Zac Park
_____
Printed name

President
_____
Position or relationship to debtor

Official Form 202               **Declaration Under Penalty of Perjury for Non-Individual Debtors**