Brian M. Rothschild, USB #15316
Darren Neilson, USB #15005
Simeon Brown, USB #17951
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
BRothschild@parsonsbehle.com
DNeilson@parsonsbehle.com
SBrown@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Peak Theory, Inc.*

**Objection Deadline: March 27, 2023**

**Hearing Date: March 30, 2023,
at 2:00 p.m.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Case No. 22-bk-23480-JTM |
| Peak Theory, Inc. | Chapter 11 |
| Debtor. | Chief Judge Joel T. Marker |

**NOTICE UNDER LOCAL RULE 9013-1 OF EXPEDFITED HEARING ON DEBTOR'S MOTION REQUESTING ENTRY OF ORDERS REQUESTING ENTRY OF ORDER (A) AUTHORIZING THE SALE OF THE DEBTOR'S ASSETS TO PURCHASER FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; AND (B) WAIVING THE 14-DAY STAY OTHERWISE APPLICABLE UNDER BANKRUPTCY RULES 6004 AND 6006**

**PLEASE TAKE NOTICE** that Chief Judge Joel T. Marker has scheduled a hearing on an expedited basis a hearing on March 30, 2023, at 2:00 p.m. (Prevailing Mountain Time) (the "**Hearing**") on the Debtor's motion, Docket No. 47, filed by the above-captioned debtor and debtor in possession (the "**Debtor**") for entry of an order approving the sale of Debtor's assets free and clear of all liens, encumbrances, and other interests (the "**Motion**").

A copy of the Motion and other pleadings in this chapter 11 case can be obtained through the Bankruptcy Court's Public Access to Court's Electronic Records (PACER) system, available at http://www.utb.uscourts.gov or by contacting undersigned counsel and requesting a copy, which will be delivered free of charge electronically or in paper format.

**PLEASE TAKE FURTHER NOTICE** that the Court has issued and may issue further General Orders regarding participation and attendance at hearings due to the COVID-19 pandemic. The General Orders and call-in procedures for remote participation in hearing are available on the Court's website at https://www.utb.uscourts.gov.

The Hearing will be conducted telephonically at the following conference line unless otherwise noticed by the Court on the Docket:

Dial: (636) 651-3182
Access code: 3834658#

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE IN THIS CHAPTER 11 CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**Relief Requested.** By the Motion, the Debtor asks for entry of an order entry allowing for entry of an approving the sale of Debtor's assets free and clear of all liens, encumbrances, and other interests. Further information and support are in the Motion.

**IT IS POSSIBLE THAT THE COURT WILL HOLD NO HEARING ON THE APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.**

If you do not want the Court to grant the relief requested in the Application, then you or your attorney must—

(1) on or before <u>March 24, 2023</u>, file with the Court electronically or at the address below a written objection, explaining your position:

> United States Bankruptcy Court
> 350 South Main Street, Room 341
> Salt Lake City, UT 84101

If you mail your objection to the Court for filing you must mail it early enough so that the Court will receive it on or before <u>March 24, 2023</u>.  You must also mail a copy to the undersigned counsel for the Debtor at the following address:

> **PARSONS BEHLE & LATIMER**
> Attn: Darren Neilson
> 201 S. Main St. Suite 1800
> Salt Lake City, UT 84111

(2) attend the Hearing on <u>March 30, 2023, at 2:00 p.m. (Prevailing Mountain Time)</u> at 350 South Main Street, Salt Lake City, UT 84101, Courtroom 341, with all appearances to be made telephonically at the conference line indicated above or as further noticed on the docket of the Court.  The Court may hold hearings using remote or telephonic means in accordance with its General Orders available on its website at https://www.utb.uscourts.gov.  There will be no further notice of the Hearing, and failure to attend the Hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting the requested relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Application without holding the Hearing.

DATED March 9, 2023.

**PARSONS BEHLE & LATIMER**

/s/ Darren Neilson
---
Brian M. Rothschild
Darren Neilson

Attorneys for Peak Theory Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2023, I caused or will cause a true and correct copy of the foregoing **NOTICE UNDER LOCAL RULE 9013-1 OF EXPEDFITED HEARING ON DEBTOR'S MOTION REQUESTING ENTRY OF ORDERS REQUESTING ENTRY OF ORDER (A) AUTHORIZING THE SALE OF THE DEBTOR'S ASSETS TO PURCHASER FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; AND (B) WAIVING THE 14-DAY STAY OTHERWISE APPLICABLE UNDER BANKRUPTCY RULES 6004 AND 6006**

to be served by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

- Darren B. Neilson     dneilson@parsonsbehle.com
- Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com; docket@parsonsbehle.com
- Nicholas R. Russell    nrussell@roruss.com, paralegal@roruss.com; rorusslaw@gmail.com; srogers@roruss.com; la@roruss.com; r47264@notify.bestcase.com
- D. Ray Strong tr
  rstrong@thinkbrg.com, UT30@ecfcbis.com;drstrong@ecf.axosfs.com
- United States Trustee
  USTPRegion19.SK.ECF@usdoj.gov
- Melinda Willden tr on behalf of U.S. Trustee United States Trustee
  melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov; James.Gee@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Armstrong@usdoj.gov; Brittany.Eichorn@usdoj.gov

### US Mail

To be sent by regular first class United States Mail, postage full pre-paid, addressed to

Debtor's mailing matrix attached hereto.

**PARSONS BEHLE & LATIMER**

/s/ Darren Neilson
Darren Neilson
*Attorneys for Peak Theory, Inc.*

4869-9457-2118.v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 22-23480<br>District of Utah<br>Salt Lake City<br>Thu Mar  9 20:29:25 MST 2023 | 400 Galleria Parkway<br>SE Suite 300<br>Atlanta, GU 30339-5980 | Alex Park<br>9314 W Russell Rd<br>unit 340<br>Las Vegas, NV 89148-1535 |
| Jon Allen<br>Ampleo<br>3300 Triumph Blvd<br>Suite 100<br>Lehi, UT 84043-5046 | Amazon (Unit Storage & Product Shipping)<br>Legal Department<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 | Amerian Express Card<br>P.O. Box 981535<br>El Paso, tx 79998-1535 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | AppleTree Capital, LLC<br>3333 N. Digital Drive<br>Suite 430<br>Lehi, UT 84043-6695 | Attanasio Revocable Trust dated November 1,<br>11100 Santa Monica Blvd.<br>Suite 2000<br>Los Angeles, CA 90025-3335 |
| Attentive Mobile Inc.<br>221 River St, 9th Floor<br>Hoboken, NJ 07030-5990 | Autumn Communications<br>8322 Beverly Blvd<br>Los Angeles, CA 90048-2600 | Barun Law LLC<br>Barun Law Building, 92 gil 7<br>Teheran-ro, Daechi-dong, Gangnam-gu<br>Seoul, Korea |
| Bel Air Internet<br>15301 Ventura Blvd<br>Sherman Oaks, CA 91403-6603 | CFO Solutions, LLC dba Amplo<br>13601 W McMillan Rd<br>#102 PMB 320<br>Boise, ID 83713-2071 | Cathay Clothing (CFH Fashion)<br>3435 WILSHIRE BLVD<br>LOS ANGELES, CA 90010-1901 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Convyr<br>2301 E 7th<br>St e100<br>Los ANGELES, CA 90023-1037 | DLA Piper<br>2000 Avenue of the Stars<br>Los ANGELES, CA 90067-4735 |
| (p)CLOUDFUND LLC<br>400 RELLA BOULEVARD SUITE 165-101<br>SUFFERN NY 10901-4241 | Disney<br>500 South Buena Vista Street<br>Burbank, CA 91521-0007 | Dong Guan Plush<br>No.10 Yuanying Road<br>Zhuyuan<br>Liaobu Town, China |
| Dongguan Yi Kang Plush Toys Co, Ltd<br>227 Yanxi Rd<br>Zengbu Village, Chashan Town<br>Dongguan City, China | EUSU Logistics<br>7FL<br>147 Uisadang-daero<br>eongdeungpo-gu, Korea | Franchise Tax Board<br>Bankruptcy Section<br>MS A340<br>P.O. Box 2952<br>Sacramento CA 95812-2952 |
| Greenhouse Software<br>575 Market Street<br>Suite #1750<br>San Francisco, CA 94105-2853 | Hughes Marino<br>1450 Front Street<br>San Diego , CA 92101-3411 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid, Crane<br>& Partners, PLLC 6409 Congress Avenue,<br>Suite 100, Boca Raton, FL 33487-2853 |
| James Worldwide, Inc.<br>2301 Raymer Ave<br>Fullerton, CA 92833-2514 | Jeff Kim<br>1904 Perry Ave<br>Apt A<br>Redondo Beach, CA 90278-1823 | Jump450 Media Agency<br>300 Vesey St<br>New York, NY 10282-5803 |

| | | |
|---|---|---|
| Kinsella, Weitzman Iser Kump LLP<br>808 Wilshire Blvd<br>3rd floor<br>Santa Monica, CA 90401-1889 | Kirkland & Ellis<br>2049 Century Park East<br>Suite 3700<br>Los Angeles , SC 90067-3211 | L-Nutra, Inc.<br>5905 Legacy Dr. A500<br>Plano, TX 75024-4124 |
| Legend Advance Funding II LLC<br>800 Brickell Avenue<br>Suite 902<br>Miami, FL 33131-2966 | Legend Advance Funding II, LLC<br>800 Bickell Avenue<br>Suite 1502<br>Miami, FL 33131-2966 | Lucasfilm Ltd. LLC<br>1 Letterman Dr.<br>San Francisco, CA 94129-1494 |
| MAX IGL INC<br>1250 W Artesia Blvd<br>Compton, CA 90220-5306 | Marisa Minasian<br>2659 Marquette Dr<br>Sacramento, CA 95826-2924 | Matkov Clark PC<br>2618 San Miguel Dr<br>Pmb 418<br>Newport Beach, CA 92660-5437 |
| Media One Products<br>829 Lincoln Ave.<br>Unit 3<br>West Chester, PA 19380-4474 | Michael Neuman<br>100 Whilshire Blvd. Suite 2100<br>C/O Scott Carr<br>Santa Monica, CA 90401-1162 | NBC Universal<br>100 Universal City Plaza<br>Universal City, CA 91608-1002 |
| Nantong D&J (LA MIA Fashion)<br>JINRONGHUI NO 33<br>GONGNONG RD<br>Nantong , China | Darren B. Neilson<br>Parsons Behle & Latimer<br>201 S. Main Street<br>Suite 1800<br>Salt Lake City, UT 84111-2218 | Nickelodeon (Viacom)<br>1515 Broadway New York<br>New York , NY 10003 |
| Opentxt<br>2440 Sand Hill Road<br>Suites 301 & 302<br>Menlo Park, CA 94025-6900 | Peak Theory Inc.<br>3030 South 3380 East<br>Salt Lake City, UT 84109-4225 | Poston Denney & Killpack, PLLC<br>3400 Merlin Dr<br>Idaho Falls, ID 83404-7430 |
| QVC, Inc<br>1200 Wilson Drive<br>West Chester, PA 19380-4262 | Quiet Light Brokerage, Inc.<br>631 Brawley School Road<br>Suite 300<br>Mooresville, NC 28117-6212 | Red Points<br>12 E 49th St<br>10th Floor<br>New York , NY 10017-1028 |
| Reliant Funding<br>9540 Towne Centre Drive<br>Suite 200<br>San Diego, CA 92121-1996 | Brian M. Rothschild<br>Parsons Behle & Latimer<br>201 S. Main St. Suite 1800<br>Salt Lake City, UT 84111-2218 | Nicholas R. Russell<br>Rogers & Russell, PLLC<br>170 S. Main St.<br>Pleasant Grove, UT 84062-2631 |
| Samuel Kim Custom House Broker<br>8939 S Sepulveda Blvd<br>Los Angeles, CA 90045-3631 | Sanrio<br>2101 East El Segundo Boulevard<br>El Segundo, CA 90245-4520 | Sifted (Formerly Veriship)<br>8880 Ward Pkwy<br>Kansas City, MO 64114-2762 |
| D. Ray Strong tr<br>Berkley Research Group<br>201 South Main Street<br>Suite 450<br>Salt Lake City, UT 84111-2223 | UPS<br>5 Glenlake Pkwy. Ne<br>Atlanta , GU 30328 | United States Trustee<br>Washington Federal Bank Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 |

| | | |
|---|---|---|
| VLP Law Firm<br>555 Bryant Street<br>Suite 820<br>Palo Alto, CA 94301-1704 | Velocity Group USA<br>576 Broadhollow Road<br>Melville, NY 11747-5002 | Velocity Group USA, Inc.<br>Law Office of Douglas J. Bilotti PLLC<br>6 Holly Lane<br>St. James, NY 11780-4222 |
| VendPulse<br>4197 W Cedar Hills Dr<br>Cedar Hills, UT 84062-9493 | Veriship<br>8880 Ward Pkwy<br>Ste 300<br>Kansas City, MO 64114-9804 | Warner Bros<br>4000 Warner Blvd<br>Burbank, CA 91522-0002 |
| Westgate LaGrange Partners<br>2040 Armacost Ave<br>Los Angeles, CA 90025-6113 | Melinda Willden tr<br>US Trustees Office<br>Washington Federal Bank Building<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Yichong Hu<br>1019 S. Westmoreland Ave<br>Apt. 103<br>Los Angeles, CA 90006-5850 |
| Yotpo<br>400 Lafayette St New York<br>New York, NY 10003-6900 | Zachary Ian Park<br>1799 S. Wasatch Dr.<br>Salt Lake City, UT 84108-3360 | Zachary Park<br>3030 South 3380 East<br>Salt Lake City, UT 84109-4225 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Bank Credit Card<br>PO Box 15145<br>Wilmington, DE 19850 | Delta Bridge Funding<br>18851 NE 29TH AVE<br>STE 700<br>AVENTURA, FL 33180 | (d)JPMorgan Chase Bank, N.A.<br>10 S. Dearborn Street<br>Mail Code IL1-N42A<br>Chicago, IL 60603 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Araon, Inc | (u)CFO Solutions LLC | (u)Clearco<br>10 WANLESS AVENUE<br>Toronto, A6 M4N 1V6 |
| (u)Liz Daily | (u)SAE-A<br>SAE-A Bldg. 429 Yeongdong-daero<br>Gangnam-gu<br>Seoul , NE | (u)Sean Spear |
| (u)Shopify Capital<br>151 O'Connor Street<br>Ground Floor<br>Ottawa, K2P 2L8 | End of Label Matrix<br>Mailable recipients    71<br>Bypassed recipients     7<br>Total                  78 | |