**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, GASDF DIVISION**

| | |
|---|---|
| In re:<br><br>Peak Theory, Inc.<br><br>Debtor. | **CHAPTER 11**<br><br>Case No. 22-bk-23480-JTM<br><br>Chapter 11<br><br>Chief Judge Joel T. Marker |

**ORDER GRANTING DEBTOR'S EX PARTE MOTION TO SHORTEN TIME FOR NOTICE AND OBJECTION DEADLINES REGARDING DEBTOR'S MOTION REQUESTING ENTRY OF ORDER (A) AUTHORIZING THE SALE OF THE DEBTOR'S ASSETS TO PURCHASER FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; AND (B) WAIVING THE 14-DAY STAY OTHERWISE APPLICABLE UNDER BANKRUPTCY RULES 6004 AND 6006**

The matter before the Court is the Debtor's Ex-Parte Motion to shorten time for notice and objection deadlines regarding Debtor's motion for authorization to sell Debtor's assets (the "**Sale Motion**"). Appearing that good cause exists to grant the relief sought in the Motion,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted.

2. The hearing on the Debtor's Sale Motion shall be held on March 30, 2023, at 2:00 p.m. (prevailing mountain time), before Chief Judge Joel T. Marker.

3. Any objection to the Sale Motion shall be due and must be filed with the Court no later than March 27, 2023.

Case 22-23480    Doc 50    Filed 03/09/23    Entered 03/09/23 21:02:59    Desc Pending Order Re: [49] Motion to Shorten Time. (Neilson    Darren)    Page 2 of 2

2

4. In the absence of a timely-filed objection, the Court may enter an order granting the Sale Motion without holding the hearing and without further notice.

###