David W. Newman (USB #15901)
Assistant United States Trustee
Melinda P. Willden (USB #8533)
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
Washington Federal Bank Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111
Telephone: (801) 524-5734
Facsimile: (801) 524-5628
E-mail: Melinda.Willden@usdoj.gov

Attorneys for Patrick S. Layng
United States Trustee, Region 19

---

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Case No. 22-23480 |
| PEAK THEORY INC., | Chapter 11 |
| Debtor. | Hon. Joel T. Marker |

---

**THE UNITED STATES TRUSTEE'S LIMITED OBJECTION TO DEBTOR'S MOTION REQUESTING ENTRY OF ORDER (A) AUTHORIZING THE SALE OF THE DEBTOR'S ASSETS TO PURCHASER FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; AND (B) WAIVING THE 14-DAY STAY OTHERWISE APPLICABLE UNDER BANKRUPTCY RULES 6004 AND 6006**

---

The United States Trustee files this limited objection to the Debtor's Motion Requesting

Entry of Order (A) Authorizing the Sale of the Debtor's Assets to Purchaser Free and Clear of

All Liens, Claims, Encumbrances, and Other Interests; and (B) Waiving the 14-Day Stay

Otherwise Applicable Under Bankruptcy Rules 6004 and 6006, filed at Dkt. #47 (the "Motion")

and requests that the Court revise the proposed order granting the Motion to include language

requiring the proceeds from the sale to be deposited in a properly collateralized Debtor-In-Possession bank account ("DIP Account") that meets the requirements of 11 U.S.C. § 345.

## STATEMENT OF FACTS

1.  All funds of the bankruptcy estate must be properly invested in accordance with 11 U.S.C. § 345. Bank account deposits that are fully insured by the Federal Deposit Insurance Corporation meet the requirements of 11 U.S.C. § 345. The FDIC insures amounts up to $250,000.

2.  Bank accounts with an entity that has posted a surety bond in favor of the United States, or pledged securities of the kind specified in 31 U.S.C. § 9303, to secure the funds invested or on deposit also meet the requirements of 11 U.S.C. § 345. This secures funds that exceed $250,000.[1]

3.  The Debtor filed a voluntary Chapter 11 bankruptcy petition on September 5, 2022 and elected to proceed under Subchapter V.

4.  The Debtor was a debtor-in-possession within the meaning of 11 U.S.C. § 1107 and thus was required to deposit funds of the bankruptcy estate into a bank account that meets the requirements of 11 U.S.C. § 345.

5.  At the Initial Debtor Interview conducted on September 15, 2022, the Debtor was instructed to open a DIP account.

6.  At the meeting of creditors conducted on October 4, 2022 ("341 Meeting), the U.S. Trustee questioned the Debtor about its progress in opening a DIP account. The Debtor

---

[1] These requirements are explained to the Debtor in the Operating Guidelines and Reporting Requirements of the United States Trustee, available at https://www.justice.gov/ust-regions-r19/files/ogrr_slc.pdf/download.

explained the delays it was dealing with and reaffirmed its intention to open a DIP

account.

7.  On or about December 21, 2022, the Debtor assured the U.S. Trustee by email that a DIP

account had been opened at Key Bank and the DIP account bank statement would be

attached to the next Monthly Operating Report ("MOR").

8.  The November 2022 MOR included a bank statement for Key Bank account ending in

8030. The bank statement showed the name of the Debtor, the Debtor's principal, and the

bankruptcy case number. *See* Exhibit A [MOR at dkt #40]. The bank statement does not

contain the words "Debtor-In-Possession."

9.  The U.S. Trustee receives a quarterly report from all eligible banking institutions listing

the DIP accounts currently open. The quarterly report for Key Bank does not include the

Debtor's account ending in 8030.

10. The Debtor does not currently have a properly collateralized DIP Account.

11. The Motion states that the purchase price for the assets is $529,780. Of that amount,

$400,000 will be paid in a lump sum at closing, with the remainder coming in twenty-

four monthly installments.

12. The $400,000 lump sum payment exceeds the FDIC insured limit of $250,000.

13. The banking industry is currently experiencing instability. Funds of the bankruptcy estate

should be deposited only in bank accounts that are fully secured and collateralized to

avoid any risk to the bankruptcy estate and its creditors.

14. The U.S. Trustee requests that the order approving the Motion not be signed until the

Debtor has presented to the U.S. Trustee proof, in a form approved by the U.S. Trustee,

of a properly collateralized DIP Account.

15. The U.S. Trustee requests that the following language be added to the proposed order

approving the Motion:

    a.   The funds from the Sale received on the Closing Date, estimated to be $400,000,

       shall be deposited into a Debtor-In-Possession bank account that meets the

       requirements of 11 U.S.C. § 345. Monthly payments shall also be deposited into

       the Debtor-In-Possession bank account until this bankruptcy case is closed.

16. The U.S. Trustee has communicated these concerns to the Debtor, and the Debtor has

expressed a willingness to resolve these issues.

Date:  March 22, 2023          UNITED STATES TRUSTEE
                           Patrick S. Layng

                           By: */s/ Melinda P. Willden*_____
                              Melinda P. Willden
                              Attorney for the United States Trustee

## <u>CERTIFICATE OF SERVICE BY ELECTRONIC NOTICE (CM/ECF)</u>

I hereby certify that on March 22, 2023, I caused the foregoing document to be electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

- **Darren B. Neilson**    dneilson@parsonsbehle.com
- **Brian M. Rothschild**    brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- **Nicholas R. Russell**    nrussell@roruss.com, paralegal@roruss.com;rorusslaw@gmail.com;srogers@roruss.com;la@roruss.com;r47264@notify.bestcase.com
- **D. Ray Strong tr**    rstrong@thinkbrg.com, UT30@ecfcbis.com;drstrong@ecf.axosfs.com
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov
- **Melinda Willden tr**    melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;James.Gee@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov

## <u>CERTIFICATE OF SERVICE BY MAIL OR OTHER MEANS</u>

I hereby certify that on March 22, 2023, I caused a copy of the foregoing document to be uploaded to BMC Group, Inc., an approved bankruptcy notice provider, to be sent by first class mail to the parties listed below. Pursuant to the BMC Group, Inc.'s terms of service, documents uploaded for service will be mailed out within one business day of being uploaded.

**Mail Service: First-class U.S. mail, postage pre-paid, addressed to:**

Jon Allen
Ampleo
3300 Triumph Blvd, Suite 100
Lehi, UT 84043

CFO Solutions, LLC dba Amplo
13601 W McMillan Rd
#102 PMB 320
Boise, ID 83713

Quiet Light Brokerage, Inc.
631 Brawley School Road, Suite 300
Mooresville, NC 28117

Date: March 22, 2023

 /s/ *Melinda P. Willden*
Melinda P. Willden

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor Name ___Peak Theory Inc.___

United States Bankruptcy Court for the: District of Utah

Case number: ___22-23480___

☐ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: ___November___

Line of business: ___Clothing___

Date report filed: ___09/05/2022___
MM / DD / YYYY

NAISC code: ___8110___

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: ___/s/ Zac Park___

Original signature of responsible party ___Dane Clark___

Printed name of responsible party ___Dane Clark___

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name    Peak Theory Inc.                                                    Case number    22-23480

17. Have you paid any bills you owed before you filed bankruptcy?    ☐   ☑   ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐   ☑   ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____ 0.00

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ _____ 3.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ _____ 3.00

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _____ 0.00

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

= $ _____ 0.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ _____ 0.00

*(Exhibit E)*

Debtor Name  Peak Theory Inc.                                    Case number  22-23480

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                  $ _____0.00

    *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                    1

27.  What is the number of employees as of the date of this monthly report?            1

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?    $ _____0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____0.00

30.  How much have you paid this month in other professional fees?                $ _____0.00

31.  How much have you paid in total other professional fees since filing the case?        $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ ____0.00 | − | $ ____3.00 | = | $ ____3.00 |
| 33.  **Cash disbursements** | $ ____0.00 | − | $ ____3.00 | = | $ ____3.00 |
| 34.  **Net cash flow** | $ ____0.00 | − | $ ____0.00 | = | $ ____0.00 |

35.  Total projected cash receipts for the next month:                      $ _____0.00

36.  Total projected cash disbursements for the next month:                - $ _____0.00

37.  Total projected net cash flow for the next month:                   = $ _____0.00

Debtor Name  Peak Theory Inc.                                          Case number 22-23480

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**Peak Theory Inc.**
**MOR Section 1. Questionnaire**

| *Exhibit A* | Response |
| --- | --- |
| #3. Have you paid all of your bills on time? | We have unpaid creditors and are accruing legal and professional fees related to the bankruptcy. |
| #4. Did you pay your employees on time? | The only employee is the owner and he hasn't been paid in the last 6 months. |

| *Exhibit B* | Response |
| --- | --- |
| #10. Do you have any bank account open other than the DIP accounts? | There are 3 Chase accounts the bank transacted analysis charges and 1 Mercury bank account with no activity. DIP account are currently being created. |

| Peak Theory Inc. | | |
|---|---:|---:|
| **Balance Sheet** | | **30-Nov-22** |
| **Assets** | | |
| **Cash** | $ | - |
| **Intangible Asset** | $ | 656,753 |
| **Inventory** | $ | 68,992 |
| **Other Assets** | $ | - |
| **TOTAL ASSETS** | $ | **725,745** |
| | | |
| **Liabilities** | | |
| **Accounts Payable / Credit Cards** | | |
| **Payable** | $ | 3,417,016 |
| **Accrued Expense** | $ | 100,409 |
| **Clearbanc Payable** | $ | 25,439 |
| **Divvy Payable** | $ | - |
| **Sales Tax Payable** | $ | - |
| **Shopify Capital Payable** | $ | 49,494 |
| **SBA Payable** | $ | 10,000 |
| **PPP Loan Payable 1st Loan** | $ | 145,000 |
| **PPP Loan Payable 2nd Loan** | $ | 554,087 |
| **Short Term Loan** | $ | 532,500 |
| **Long Term Liabilities** | $ | - |
| **TOTAL LIABILITIES** | $ | **4,833,945** |
| | | |
| **Equity** | | |
| **Opening Balance** | $ | - |
| **Preferred Stock** | $ | **17,316,197** |
| **Retained Earnings** | $ | (20,122,217) |
| **Net Income** | $ | (1,302,179) |
| **TOTAL EQUITY** | $ | **(4,108,200)** |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $ | **725,745** |

-

| Peak Theory Inc. | Nov 2022 | |
|---|---|---|
| **Income Statement** | | |
| Income | $ | - |
| Amazon Sales | $ | - |
| Pop Up Shops | $ | - |
| Shopify | $ | - |
| Other Income | $ | - |
| Wholesale Revenue | $ | - |
| **Total Income** | | |
| | | |
| Cost of Goods Sold | | |
| **Gross Profit** | $ | - |
| | | |
| | | |
| Animation Team | | |
| B2B Expense | | |
| Bank Charges & Fees | $ | - |
| Content Expense | | |
| Amazon Referral Fees | | |
| E-Comm Expenses | | |
| Marketing | | |
| Fees | | |
| Interest Expense | | |
| Misc. Expense | | |
| Office Expense | | |
| Operations | | |
| Payroll Expense | | |
| Photography Expense | | |
| Professional Services | | |
| Rent & Lease | | |
| Research & Development | | |
| Travel Expense | | |
| Website & Technology | | |
| | | |
| **Total Expenses** | $ | - |
| | | |
| **Net Operating Income** | $ | - |
| | | |
| Other Expense / PY Adjustments | $ | - |
| Write-Off of Inventory | $ | - |
| | | |
| **Net Income** | $ | - |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**November 30, 2022**
**page 1 of 2**

 8030

T   65 00000 R EM T1

PEAK THEORY INC
ZACHARY I PARK
CASE # 22-23480
3030 S 3380 E
SALT LAKE CITY UT 84109-4225

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

KeyBank Basic Business Checking   ▇8030

PEAK THEORY INC
ZACHARY I PARK
CASE # 22-23480

| | |
|---|---:|
| Beginning balance 11-23-22 | $0.00 |
| **Ending balance 11-30-22** | **$0.00** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---:|
| 11-30-22 | Paper Statement Fee | 1 | 3.00 | -$3.00 |
| 11-30-22 | Refund Paper Statement Fee | 1 | 3.00 | +3.00 |
| | **Fees and charges   this period** | | | **$0.00** |

---

## Account messages

*Updates have been made to your Deposit Account Fees and Disclosures*

*We've continued to simplify our overdraft terms. Visit key.com/odchanges to learn more.*

*We've modified one of our fees. Here's what has changed:*

*Legal Order Processing Fee - Formerly known as Litigation Fee or Garnishment Fee, this charge is for processing court orders (e.g., Garnishments, Levies, or Delinquent Child Support Orders). Previously, this fee amount was $50, $75 or $100 depending on the state where you opened your account. We've updated this fee amount to be up to $100 based on multiple variables.*

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

### IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

XFER TO SAV   - Transfer to Savings Account
XFER FROM SAV   - Transfer from Savings Account
XFER TO CKG   - Transfer to Checking Account
XFER FROM CKG   - Transfer from Checking Account
PMT TO CR CARD   - Payment to Credit Card
ADV CR CARD   - Advance from Credit Card

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

What To Do If You Think You Find A Mistake on Your Statement: If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Explanation of Finance Charge: Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

Average Daily Balance method (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

CREDIT INFORMATION: If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

| TOTAL ➔ | $ | This amount should agree with your check register balance. |
|---|---|---|

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2022 through November 30, 2022

**Account Number:** ▉▉▉▉6835

---

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00007620 WBS 703 211 33522 NNNNNNNNNNN 1 000000000 C1 0000
PEAK THEORY INC.
2034 ARMACOST AVE
LOS ANGELES CA 90025



---

## Commercial Checking With Interest

### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $0.00 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$0.00** |  |
| Rate(s): | 11/01 to 11/30 at 0.45% |  |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that. (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

# CHASE ◻

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2022 through December 30, 2022

Account Number: ▓▓▓▓▓▓3086



## CUSTOMER SERVICE INFORMATION

If you have any questions about your
statement, please contact your
Customer Service Professional.

00001658 DDA 703 212 36522 NNNNNNNNNNN  1 000000000 80 0000

PEAK THEORY INC.
2034 ARMACOST AVE
LOS ANGELES CA 90025-6113

---

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $0.00 |
| Ending Balance | 0 | $0.00 |

Your service charges, fees and earnings credit have been calculated through account analysis

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or
error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it
takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is
incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit
account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

CHASE ✺

December 01, 2022 through December 30, 2022

Account Number: ▮▮▮▮▮▮▮▮3086

This Page Intentionally Left Blank

 **MERCURY**

**November 2022 statement**
November 1–November 30, 2022 (30 days)
All dates in UTC.

## Peak Theory Inc.

1601 North Sepulveda Boulevard, #509
Manhattan Beach, CA 90266

EIN ••0504

### Account details

| | |
|---|---|
| Checking account | ▮9076 |
| Routing number | 084106768 |

### Account activity overview

| | |
|---|---|
| Beginning balance | $0.00 |
| Total withdrawals | $0 00 |
| Total deposits | $0.00 |
| **Statement Balance** | **$0.00** |

**All Transactions /**

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| **Total** | | | **$0.00** | |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury com | 660 M ss on  treet   an Franc sco  CA 9410

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2022 through November 30, 2022

**Account Number:** ▮▮▮▮▮▮3796

---

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00002667 WBS 703 211 33522 NNNNNNNNNNN 1 000000000 C1 0000
PEAK THEORY INC.
2034 ARMACOST AVE
LOS ANGELES CA 90025



## Commercial Checking

### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $0.00 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$0.00** |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that. (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank